UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-116-1FL(4)

FILED IN OPEN COURT
ON 3/5/2020 STS
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ADAM COCKERHAM | ) | |

The Grand Jury charges that:

On or about May 14, 2019, in the Eastern District of North Carolina, ADAM COCKERHAM, the Defendant herein, did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the executive branch of the Government of the United States, by declaring on a Department of Justice form that he had conducted rounds in an inmate housing unit at the Federal Correctional Institution in Butner, North Carolina, which statements were false because as the Defendant then and there knew the documented rounds had not been completed.

All in violation of Title 18, United States Code, Section 1001.

[Remainder of page left blank intentionally]

1

A TRUE BILL.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 3-3-2020

ROBERT J. HIGDON, JR.
United States Attorney

BY: ROBERT J. DODSON
Assistant United States Attorney
Criminal Division